**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
  msinger@ckslaw.com
J. Jason Hill (SBN 179630)
  jhill@ckslaw.com
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Attorneys for Plaintiff JEFFREY TAYLOR, on behalf of himself and other similarly-situated employees
[*Additional Counsel, next page*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY TAYLOR, on behalf of himself and other similarly-situated and aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>POPULUS GROUP, LLC, a Michigan Limited Liability Company; and NEUTRON HOLDINGS, INC. dba LIME and/or LIMEBIKE, a Delaware Corporation; DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 3:20-cv-00473-BAS-DEB**<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Date:     July 18, 2022<br>Courtroom: 4B<br>Judge:    Hon. Cynthia A. Bashant<br><br>Filed:      December 20, 2019<br>FAC filed: February 18, 2020<br>Removed:  March 12, 202<br>SAC Filed: May 8, 2020<br>TAC Filed: March 19, 2021 |

1 **DAVTYAN LAW FIRM, INC.**
2 Emil Davtyan (SBN 299363)
     support@davtyanlaw.com
3 880 E. Broadway
4 Glendale, CA 91205
  Telephone: (818) 875-2008/Facsimile: (818) 722-3974
5
6 Attorneys for Plaintiff JEFFREY TAYLOR, on behalf of himself
  and other similarly-situated employees
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

PLEASE TAKE NOTICE that on July 18, 2022 or as the matter may be heard in Courtroom 4B (should oral argument be requested), in the above-captioned Court, in the Edward J. Schwartz Courthouse located at 220 West Broadway, San Diego, California 92101, the Honorable Cynthia A. Bashant presiding, Plaintiff Jeffrey Taylor, on behalf of himself and all others similarly situated, will move this Court for an Order:

1. Preliminarily approving the proposed class action and representative action settlement as fair, adequate, and reasonable based on the terms of the Stipulation of Class Action and PAGA Settlement and Release of Claims ("Settlement Agreement"), attached as Exhibit "A" to the Declaration of J. Jason Hill, including the payment by Defendants Populus Group, LLC ("Populus") and Neutron Holdings, Inc., dba Lime and/or LimeBike ("Lime") of the non-reversionary $175,000 Gross Settlement Amount[1];

2. Conditionally certifying the Class defined as "all non-exempt employees who were assigned by Populus to work for Lime in California at any time during the period from December 20, 2015 through February 28, 2020";

2. Approving the proposed Notice of Class Action Settlement, attached as Exhibit 1 to the Settlement Agreement, and ordering its dissemination to the Class;

3. Appointing Plaintiff Jeffrey Taylor as the Class Representative;

4. Appointing Plaintiff's Counsel, Cohelan Khoury & Singer and the Davtyan Law Firm, Inc. as Class Counsel;

5. Appointing Simpluris, Inc. as the Settlement Administrator; and

6. Setting a hearing date and briefing schedule to consider Plaintiff's Motion for Order Granting Final Approval of Class Action Settlement and Entering Judgment which includes Class Counsel's request for an award of

---

[1] All defined terms shall have the same definitions as set forth in the Parties' Settlement Agreement.

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

attorneys' fees, litigation costs, Class Representative Service Payment, Settlement Administrator's expenses, and payment to California's Labor and Workforce Development Agency in satisfaction of the Private Attorneys General Act of 2004 ("PAGA") civil penalties alleged.

This motion is made on the grounds that Plaintiff Jeffrey Taylor and Defendants Populus Group, LLC and Neutron Holdings, Inc., dba Lime and/or LimeBike, have reached a proposed Settlement which they believe to be fair, reasonable and adequate and in the best interests of the Class.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declarations of Class Counsel J. Jason Hill and Emil Davtyan, Declaration of Plaintiff Jeffrey Taylor, Declaration of Eric Springer on behalf of Simpluris, the proposed Settlement Agreement, the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, the Court's files in this matter, and any other documents or evidence which the Court may consider when ruling on this motion for order granting preliminary approval.

Respectfully submitted,

COHELAN KHOURY & SINGER

Dated: June 3, 2022

By: s/ J. Jason Hill
J. Jason Hill
Attorneys for Plaintiff Jeffrey Taylor, on behalf of himself and all others similarly situated