**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
 ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
 msinger@ckslaw.com
Diana M. Khoury (SBN 128643)
 dkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Attorneys for Plaintiff JEFFREY TAYLOR, on behalf of himself and other similarly-situated employees
[*Additional Counsel, next page*]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TAYLOR, on behalf of himself and other similarly-situated and aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>POPULUS GROUP, LLC, a Michigan Limited Liability Company; and NEUTRON HOLDINGS, INC. dba LIME and/or LIMEBIKE, a Delaware Corporation; DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.  3:20-cv-00473-BAS-DEB**<br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Date:         January 9, 2023<br>Courtroom: 4B<br>Judge:       Hon. Cynthia A. Bashant<br><br>Filed:         December 20, 2019<br>FAC filed:   February 18, 2020<br>Removed:   March 12, 202<br>SAC Filed:  May 8, 2020<br>TAC Filed:  March 19, 2021 |

1  **DAVTYAN LAW FIRM, INC.**
2  Emil Davtyan (SBN 299363)
       support@davtyanlaw.com
3  880 E. Broadway
   Glendale, CA 91205
4  Telephone: (818) 875-2008/Facsimile: (818) 722-3974
5
6  Attorneys for Plaintiff JEFFREY TAYLOR, on behalf of himself
   and other similarly-situated employees

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

PLEASE TAKE NOTICE that on January 9, 2023, at 11:00 a.m. or as soon as the matter may be heard, in Courtroom 4B of the above-captioned court, located at 333 West Broadway, San Diego, California 92101, the Honorable Cynthia A. Bashant presiding, Plaintiff Jeffrey Taylor, on behalf of himself and the provisionally certified class, will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, Memorandum of Points and Authorities in Support, Declaration of Lindsay Kline on behalf of the appointed administrator, Simpluris, Inc., Declaration of Class Counsel Isam C. Khoury, the Motion for Attorney's Fees and Costs and Class Representative Service Payment (ECF No. 59), Joint Stipulation of Class Action Settlement and Release (ECF No. 54-2, Ex. A), the Order Granting Motion for Preliminary Approval of Proposed Class Action Settlement (ECF No. 56), the other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

COHELAN KHOURY & SINGER

Dated: December 12, 2022            By: s/ Isam C. Khoury

Isam C. Khoury
Attorneys for Plaintiff Jeffrey Taylor, on behalf of himself and all others similarly situated